UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LELAND FOSTER,

        Plaintiff,

v.

ADRIAN EASTPOINT CENTER LLC,
a Utah Limited Liability Company,

        Defendant.
_____/

Case No. 2:17-cv-10809

Paul D. Borman
United States District Judge

## JOINT STIPULATION OF
## FULL AND FINAL DISMISSAL WITH PREJUDICE

Plaintiff, Leland Foster, ("Plaintiff") and Defendant, Adrian Eastpointe Center, LLC., ("Defendant"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above-captioned matter.

1. All of Plaintiff's claims in this Lawsuit will be dismissed with prejudice against being re-filed.

2. Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to

in writing among the parties.

Dated: June  20 , 2017						Respectfully submitted,

*/s/ Owen B. Dunn , Jr.*					*/s/ Kristen L. Cook*
Owen B. Dunn , Jr. (P66315)				Kristen L. Cook
Law Offices of Owen Dunn, Jr.				KITCH    DRUTCHAS    WAGNER
4334 W. Central Avenue					VALITUTTI & SHERBROOK
Suite 222							One Woodward Ave, Ste 2400
Toledo, OH 43615						Detroit, MI 48226
419-241-9661						Direct Line: (313) 965-2861
419-241-9737 (fax)						Fax: (313) 965-7403
dunnlawoffice@sbcglobal.net				kristen.cook@kitch.com
*Counsel for Plaintiff*					*Counsel for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LELAND FOSTER,

       Plaintiff,

v.

ADRIAN EASTPOINT CENTER LLC,
a Utah Limited Liability Company,

       Defendant.
_____/

Case No. 2:17-cv-10809

Paul D. Borman
United States District Judge

ORDER GRANTING JOINT STIPULATION
OF FULL AND FINAL DISMISSAL WITH PREJUDICE

    The Court has considered the Joint Stipulation of Full and Final Dismissal with Prejudice filed by Plaintiff, Leland Foster, and Defendant, Adrian Eastpointe Center, LLC, the pleadings on file, and all other things before it. The Court hereby dismisses this matter with prejudice against being re-filed. Each party shall bear its own fees, expenses and costs except as otherwise agreed to in writing among the parties.

    IT IS SO ORDERED.

                                        s/Paul D. Borman
                                        Paul D. Borman
                                        United States District Judge

Dated: June 23, 2017

## CERTIFICATE OF SERVICE

 The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 23, 2017.

s/D. Tofil
Deborah Tofil, Case Manager
